**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 247 WAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DION WAGNER, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.